# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 23-1399
_____

A.J.T., a minor child, by and through her parents, A.T. and G.T.

Plaintiff - Appellant

v.

Osseo Area Schools, Independent School District No. 279; Osseo School Board

Defendants - Appellees

------------------------------

Council of Parent Attorneys and Advocates, Inc.

Amicus on Behalf of Appellant(s)

Minnesota Administrators for Special Education; Minnesota Association of School Administrators; Minnesota School Boards Association

Amici on Behalf of Appellee(s)

------------------------------

Appeal from U.S. District Court for the District of Minnesota
(0:21-cv-01760-MJD)

_____

# JUDGMENT

Before GRUENDER, STRAS and KOBES, Circuit Judges.

      This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

      After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

      March 21, 2024

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
      /s/ Michael E. Gans